IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

UNITED STATES OF AMERICA and
STATE OF ALABAMA

      Plaintiffs,

v.                                CIVIL ACTION NO.
                                  2:12-CV-01141-RDP

BESSEMER PETROLEUM, INC.;
TRI-STATE PETROLEUM
PRODUCTS, LLC; and TWIN
STATES PETROLEUM PRODUCTS, LLC

      Defendants

<u>JOINT REPORT DETAILING STATUS OF CASE</u>

      Plaintiffs, United States of America and State of Alabama, and Defendants, Bessemer Petroleum, Inc.; Tri-State Petroleum Products, LLC; and Twin States Petroleum Products, LLC (collectively, "the Parties"), by their respective counsel, hereby submit their Joint Report Detailing Status of Case, as ordered by this Court on March 25, 2014.

      Pending final management approval by the state and federal agencies and U.S. Attorney, the Parties have reached a tentative settlement in principle in which the Parties will enter into a consent decree, which includes repayment of certain government clean-up costs, a civil penalty and site-wide cleanup. Within the next few days, the Parties anticipate that the Defendants will sign the proposed consent decree and forward the same to the State of Alabama, the Environmental Protection Agency, the U. S. Coast Guard, the U. S. Attorney and the Department of Justice for final review and management approval.

Once a proposed consent decree is executed by all of the Parties, the Parties would anticipate Plaintiffs will file a notice of lodging of the proposed consent decree contemporaneously with an amended complaint which encompasses all claims addressed by the proposed consent decree.

The Parties anticipate further updating the Court on their progress in this regard.

    Respectfully submitted,

FOR DEFENDANTS BESSEMER PETROLEUM, INC; TRI-STATE PETROLEUM PRODUCTS, LLC; and TWIN STATES PETROLEUM PRODUCTS, LLC:

/s Keith W. Turner_____
KEITH W. TURNER
WATKINS & EAGER, PLLC
400 East Capitol Street
Jackson, MS  39201
(601) 965-1958
kturner@watkinseager.com


FOR THE UNITED STATES:

JOYCE WHITE VANCE
United States Attorney

 /s Edward Q. Ragland_____
EDWARD Q. RAGLAND
Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL  35203
(205) 244-2109
ed.ragland@usdoj.gov

OF COUNSEL:
COLLEEN MICHUDA
Associate Regional Counsel
U.S. Environmental Protection Agency, Region 4

FOR THE STATE OF ALABAMA:

LUTHER STRANGE
ATTORNEY GENERAL

 /s Anthony Todd Carter
ANTHONY TODD CARTER
Associate General Counsel
ADEM Office of General Counsel
P.O. Box 301463
Montgomery, AL  36130-1463
(334) 271-7977 (Office)
atcarter@adem.state.al.us